[Department Two. — October 22, 1883.]

# THE PEOPLE, RESPONDENT, *v.* WILLIAM APPLE-GARTH, APPELLANT.

SUMMONS — SERVICE — STATE LANDS — CERTIFICATE OF PURCHASE. — In an action to annul a certificate of purchase of school lands for non-payment of interest, the service of summons by publication must be made in accordance with the provisions of the Code of Civil Procedure.

APPEAL from a judgment and decree of the Superior Court of Fresno County, and from an order refusing to set aside the judgment and decree.

Action to foreclose the interest of defendant in a certificate of purchase of certain school lands, and to cancel the certificate upon the ground that defendant was a delinquent purchaser. It did not appear from the record that any personal service of summons was made, or any affidavit for publication of summons or order of court therefor. Judgment by default was rendered against the defendant. He moved to set aside the judgment and decree upon the ground that no service of summons had been made.

The motion was denied.

*W. D. Tupper,* and *H. S. Dixon,* for Appellant.

*W. D. Grady,* and *J. F. Wharton,* for Respondent.

PER CURIAM. — The service of summons by publication in such a case as this should have been made in accordance with the provisions of the Code of Civil Procedure. The four Codes constitute but one statute (Pol. Code, § 4480), and we are of opinion that the provisions of the Political Code must be read in connection with the provisions of the Code of Civil Procedure on this subject. Under these latter provisions there must have been an affidavit for publication of summons and an order of the court or judge thereon

The judgment and order are reversed and the cause remanded.